No. 508. HANNA *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE HARLAN would grant the petition for certiorari, vacate the judgment below, and remand case for the reasons stated in his separate opinion in *Chambers* v. *Maroney, ante,* p. 55.

No. 683. ICHORD ET AL. *v.* STAMLER ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1600. MARSTON ET AL. *v.* ANN ARBOR PROPERTY MANAGERS ET AL. C. A. 6th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1753. SCHOOL BOARD OF THE CITY OF NORFOLK, VIRGINIA, ET AL. *v.* BREWER ET AL. C. A. 4th Cir. Motion to dispense with printing petition granted. Motion to advance granted. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the case set for oral argument at earliest possible date.

No. 13, Misc. OLIVEROS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 373, Misc. PITTS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 389, Misc. GELHAAR *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 907, Misc. HEARNS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1304, Misc. MORGAN *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.